IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICHOLAS A. RUSSELL,<br><br>   Plaintiff,<br><br>v.<br><br>FRANKLIN POLICE DEPARTMENT,<br><br>   Defendant. | CIVIL ACTION NO.:<br><br>3:23-cv-00421 |

## NOTICE OF APPEARANCE

    COMES NOW, Shauna R. Billingsley, and files this *Notice of Appearance* on behalf of the Defendant, Franklin Police Department, in the above-styled cause. The undersigned requests that all notices or other documents pertaining to this case, or any cases consolidated herewith be given and served upon the undersigned at the address listed below.

Shauna R. Billingsley, *City Attorney*
shauna.billingsley@franklintn.gov
109 Third Avenue South
Franklin, Tennessee 37064

Respectfully submitted,

      /s/ *Shauna R. Billingsley*
Shauna R. Billingsley (No. 023362)
*City Attorney*
shauna.billingsley@franklintn.gov
William E. Squires    (No. 021020)
*Assistant City Attorney*
bill.squires@franklintn.gov
J. Blake Harper      (No. 036819)
*Staff Attorney*
blake.harper@franklintn.gov
109 Third Avenue South
Franklin, Tennessee 37064
Telephone:   (615) 550-6603
Facsimile:    (615) 550-6998

*Attorneys for Defendant*
*Franklin Police Department*

2

Case 3:23-cv-00421   Document 4   Filed 05/08/23   Page 2 of 3 PageID #: 19

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing document on all counsel of record as listed below by placing a copy thereof, in the United States mail, postage prepaid, on this the 8th day of May, 2023.

Nicholas A. Russell
961 Glass Street
Franklin, Tennessee 37064
*Pro Se Plaintiff*

                                             /s/ *Shauna R. Billingsley*