IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NICHOLAS A. RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CV-421 |
| | ) | |
| FRANKLIN POLICE DEPARTMENT and | ) | Judge Aleta A. Trauger |
| OFFICER NICK GRANDY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Robert M. Burns, of the law firm of Howell & Fisher, PLLC, hereby gives his notice of appearance on behalf of the Defendants, Franklin Police Department and Officer Nick Grandy, in the above-captioned case.

/s/ *Robert M. Burns*
Robert M. Burns, #15383
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
rburns@howell-fisher.com
(615)921-5211

Shauna R. Billingsley, #23362
William E. Squires, #21020
109 Third Avenue South
Franklin, TN 37064
shauna.billingsley@franklintn.gov
bill.squires@franklintn.gov
*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing was filed electronically on this the 19th day of May 2023. Notice of this filing will be sent by operation of the Court's electronic filing system or by USPS Mail to pro se parties to:

Nicholas A. Russell
961 Glass Street
Franklin, TN 37064

                                                                             /s/ *Robert M. Burns*